IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
            v.                  :        CRIMINAL ACTION
                                :        NO. 18-424
RODOLFO BLANCO                  :
                                :

**O R D E R**

**AND NOW**, this 2nd day of November, 2021, upon review of Defendant's *pro se* Motion

for Compassionate Release, and the government's response thereto, as well as Defendant's reply

and the government's supplemental response, it is hereby **ORDERED** as follows:

1.  Defendant's Motion for Compassionate Release (Docket No. 59) is **DENIED**; and

2.  The Government's Motion to Impound (Docket No. 66) is **GRANTED**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffery L. Schmehl, J.